JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Melba Thomas

**DEFENDANTS**
United States of America

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Washington
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:        IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Spear, Greenfield, Richamn, Weitz & Taggart
1801 Market Street, Suite 700
Philadelphia, PA 19103
215-985-2424

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
   Plaintiff

☐ 3  Federal Question
   *(U.S. Government Not a Party)*

☒ 2  U.S. Government
   Defendant

☐ 4  Diversity
   *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |  ☐ 367 Health Care/ |  |  | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury |  | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
|  | ☐ 340 Marine / Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☒ 360 Other Personal / Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
|  | Injury / ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
|  | ☐ 362 Personal Injury - / Product Liability | Leave Act |  | ☐ 896 Arbitration |
|  | Medical Malpractice | ☐ 790 Other Labor Litigation |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** |  |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
   Proceeding

☐ 2  Removed from
   State Court

☐ 3  Remanded from
   Appellate Court

☐ 4  Reinstated or
   Reopened

☐ 5  Transferred from
   Another District
   *(specify)*

☐ 6  Multidistrict
   Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1346(b)(1)
Brief description of cause:
Premises Liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
8/3/26

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MELBA THOMAS** | **COMPLAINT IN CIVIL ACTION** |
| 1117 Bainbridge Street | |
| Philadelphia, PA 19147 | **NO.** |
| Plaintiff, | |
| | |
| v. | |
| | **JURY DEMAND** |
| **UNITED STATES OF AMERICA** | |
| c/o United States Attorney General | |
| 10th Street NW & Constitution Avenue | |
| Washington, DC 20530 | |
| & | |
| **CITY OF PHILADELPHIA** | |
| 1515 Arch Street, 14th Floor | |
| Philadelphia, PA 19102 | |
| Defendants. | |

## JURISDICTION AND VENUE

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1346(b)(1), which grants the District Court exclusive jurisdiction over civil actions against the United States seeking money damages for personal injuries caused by the negligent acts or omissions of any employee of the Government while acting within the scope of their office or employment.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391, because all of the alleged acts or occurrences leading to plaintiff's injuries occurred within the City and County of Philadelphia, in the Commonwealth of Pennsylvania.

## PARTIES

3. Plaintiff, Melba Thomas, is a citizen and resident of the Commonwealth of Pennsylvania, residing at the address listed in the caption of this Complaint.

1

4.      Defendant, United States of America, with a registered business address listed in the caption of this Complaint, is a federal agency of the executive branch of the United States Government, doing business in the Commonwealth of Pennsylvania, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and or safety of the premises located at or near 901 Chestnut Street a/k/a 11 S. 9th Street, Philadelphia, PA (hereinafter referred to as "premises").

5.      At all times material hereto defendant, United States of America, was acting individually, jointly and/or by and through defendant's agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises.

6.      Defendant, City of Philadelphia, is a political subdivision of the Commonwealth of Pennsylvania with an address listed in the caption of this complaint, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and or safety of the premises.

7.      At all times material hereto defendant, City of Philadelphia, was acting individually, jointly and/or by and through defendant's agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises.

## **FACTS**

8.    On or about September 23, 2024, plaintiff was an invitee, licensee and/or otherwise legally on defendant's premises, when, as a result of the negligence and/or carelessness of the defendants, the plaintiff was tripped and fell as she was walking due to protruding screws coming out of the sidewalk (See attached photos as Exhibit "A").

9.      As a result of this accident, plaintiff has suffered severe and permanent bodily

injuries which are more fully set forth below.

## COUNT I
### Melba Thomas v. United States of America
### <u>Personal Injury</u>

18.     Plaintiff incorporates herein the allegations set forth in the previous paragraphs, inclusive, as if set forth here at length.

19.     The negligence and/or carelessness of defendant consisted of the following:

a.  Failure to properly design, construct, maintain, and/or repair the sidewalks, pavements, pathways and/or walkways which invitees, licensees and/or others are likely to travel or use to travel rendering the premises unsafe;

b.  Failure to properly monitor, test, inspect or control the premises, sidewalks, pavements, pathways and/or walkways, to see if there were dangerous or defective conditions to those legally on the premises;

c.  Failure to provide sufficient warning as to the reasonably foreseeable defects and dangerous nature of the premises sidewalks, pavements, pathways and/or walkways, to such invitees, licensees and/or others legally on the premises;

d.  Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstances in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises, sidewalks, pavements, pathways and/or walkways;

3

e. Failure to comply with all building codes, county and city laws, ordinances and regulations pertaining to the design, construction, and maintenance of the aforementioned premises;

f. Failing to exercise the proper care, custody and control over the aforesaid premises;

g. Failure to inspect, maintain and/or repair known and/or unknown defects;

h. Failing to prevent and/or remove a dangerous condition derived, originated or had its source the aforesaid premises;

i. Failing to keep the premises safe knowing said failure created an unreasonable risk of harm to people;

j. Failure to exercise even slight care to keep the premises safe;

k. Failure to exercise even slight care to adequately warn people of the dangerous condition of the premises;

l. Exhibiting an indifference to the condition and safety of the premises;

m. Knowing or having reason to know that the condition of the premises created an unreasonable risk of harm to people;

n. Knowing or having reason to know that the condition of the premises could and/or would likely cause serious harm or death to a person; and,

o. Disregarding a known dangerous condition despite knowing that said condition could and/or would likely cause a person serious harm or death.

20. As a direct result of the negligent and/or careless conduct of defendant, the plaintiff suffered various serious and permanent personal injuries, serious impairment of body function and/or permanent serious disfigurement, and/or aggravation of pre-existing conditions,

4

including, but not limited to: back, right shoulder, bilateral knees, and any other ills, injuries, all to plaintiff's great loss and detriment.

21. As a result of these injuries, all of which are to plaintiff's great financial detriment and loss, plaintiff has in the past, is presently and may in the future suffer great pain, anguish, sickness and agony and will continue to suffer for an indefinite time.

22. As an additional result of the carelessness and/or negligence of defendant, plaintiff has suffered emotional injuries along with the physical injuries suffered.

23. As a further result of the injuries sustained, the plaintiff has, is presently, and may in the future undergo a great loss of earnings and/or earning capacity, all to the further loss and detriment of the plaintiff.

24. Furthermore, in addition to all the injuries and losses suffered, the plaintiff has incurred or will incur medical, rehabilitative and other related expenses in the amount equal to and/or in excess of any applicable health insurance coverage for which plaintiff has not been reimbursed and upon which the plaintiff makes a claim for payment in the present action.

**WHEREFORE**, plaintiff demands judgment in plaintiff's favor and against defendant plus all reasonable attorney's fees, costs, and any other relief the court deems necessary.

**COUNT II**
**Melba Thomas v. City of Philadelphia**
**Personal Injury**

25. Plaintiff incorporates herein the allegations set forth in the previous paragraphs, inclusive, as if set forth here at length.

26. The negligence and/or carelessness of defendant consisted of the following:

    a. Failure to properly design, construct, maintain, and/or repair the

5

sidewalks, pavements, pathways and/or walkways which invitees, licensees and/or others are likely to travel or use to travel rendering the premises unsafe;

b.  Failure to properly monitor, test, inspect or control the premises, sidewalks, pavements, pathways and/or walkways, to see if there were dangerous or defective conditions to those legally on the premises;

c.  Failure to provide sufficient warning as to the reasonably foreseeable defects and dangerous nature of the premises sidewalks, pavements, pathways and/or walkways, to such invitees, licensees and/or others legally on the premises;

d.  Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstances in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises, sidewalks, pavements, pathways and/or walkways;

e.  Failure to comply with all building codes, county and city laws, ordinances and regulations pertaining to the design, construction, and maintenance of the aforementioned premises;

f.  Failing to exercise the proper care, custody and control over the aforesaid premises;

g.  Failure to inspect, maintain and/or repair known and/or unknown defects;

h.  Failing to prevent and/or remove a dangerous condition derived, originated or had its source the aforesaid premises;

6

i.   Failing to keep the premises safe knowing said failure created an unreasonable risk of harm to people;

j.   Failure to exercise even slight care to keep the premises safe;

k.   Failure to exercise even slight care to adequately warn people of the dangerous condition of the premises;

l.   Exhibiting an indifference to the condition and safety of the premises;

m.   Knowing or having reason to know that the condition of the premises created an unreasonable risk of harm to people;

n.   Knowing or having reason to know that the condition of the premises could and/or would likely cause serious harm or death to a person; and,

o.   Disregarding a known dangerous condition despite knowing that said condition could and/or would likely cause a person serious harm or death.

27.   As a direct result of the negligent and/or careless conduct of defendant, the plaintiff suffered various serious and permanent personal injuries, serious impairment of body function and/or permanent serious disfigurement, and/or aggravation of pre-existing conditions, including, but not limited to: back, right shoulder, bilateral knees, and any other ills, injuries, all to plaintiff's great loss and detriment.

28.   As a result of these injuries, all of which are to plaintiff's great financial detriment and loss, plaintiff has in the past, is presently and may in the future suffer great pain, anguish, sickness and agony and will continue to suffer for an indefinite time.

29.   As an additional result of the carelessness and/or negligence of defendant, plaintiff has suffered emotional injuries along with the physical injuries suffered.

30.   As a further result of the injuries sustained, the plaintiff has, is presently, and may

in the future undergo a great loss of earnings and/or earning capacity, all to the further loss and detriment of the plaintiff.

31.    Furthermore, in addition to all the injuries and losses suffered, the plaintiff has incurred or will incur medical, rehabilitative and other related expenses in the amount equal to and/or in excess of any applicable health insurance coverage for which plaintiff has not been reimbursed and upon which the plaintiff makes a claim for payment in the present action.

**WHEREFORE**, plaintiff demands judgment in plaintiff's favor and against defendant plus all reasonable attorney's fees, costs, and any other relief the court deems necessary.

**SPEAR, GREENFIELD,**
**RICHMAN, WEITZ & TAGGART, P.C.**


BY:    **MARC F. GREENFIELD, ESQUIRE**
Ten Penn Center
1801 Market Street, Suite 700
Philadelphia, PA 19103
(215) 985-2424
Attorney for Plaintiff
I.D. NO.: 62081

**INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, SUPPLEMENTAL REQUESTS AND REQUEST FOR ADMISSIONS ARE SERVED ATTACHED TO PLAINTIFF'S COMPLAINT AT THE TIME SERVICE OF ORIGINAL PROCESS IS AND/OR WAS EFFECTUATED.**
dms

8



9th and market

11 S 9th St
Philadelphia, Pennsylvania

G Google Street View

Nov 2020    See latest date

LEFT LANE
MUST
TURN LEFT



Nov 2020

Nov 2019

Mark Henninger
May 2019

Sep 2018

Nov 2017

Jun 2017

Oct 2016

Jun 2016

Jun 2014

Jun 2012

Image capture: Nov 2020    © 2024 Google    United States    Terms    Privacy    Report a problem

